# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 10, 2025

Lyle W. Cayce
Clerk

No. 24-60309

STATE OF MISSISSIPPI; UNITED STATES OF AMERICA

*Plaintiffs—Appellants,*

versus

JXN WATER,

*Defendant—Appellee,*

───────────────────────────────

UNITED STATES OF AMERICA,

*Plaintiff,*

versus

CITY OF JACKSON, MISSISSIPPI,

*Defendant.*

───────────────────────────────

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:12-CV-790
USDC No. 3:22-CV-686

───────────────────────────────

Before SMITH, HIGGINSON, and DOUGLAS, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.